UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: STEPHANIE HOUSTON
1306 BUCKINGHAM DR
MONTGOMERY, AL 36116

CASE NO: 14-30031-DHW

Soc. Sec. No. XXX-XX-5824
Debtor.

## INCOME WITHHOLDING ORDER

TO: ASPIRE STAFFING INC
ATTN PAYROLL
1113 PERRY HILL RD
MONTGOMERY, AL 36109

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that ASPIRE STAFFING INC withhold from the wages, earnings, or other income of this debtor the sum of **$49.00 WEEKLY** and remit all such funds withheld to:

**CURTIS C REDING, CHAPTER 13 TRUSTEE
14-30031-DHW STEPHANIE HOUSTON
P O BOX 613108
MEMPHIS TN 38101-3108**

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Wednesday, October 8, 2014 .


cc: Debtor
Debtor's Attorney

*/ s / Dwight H. Williams Jr.*
_____
Dwight H. Williams Jr.
United States Bankruptcy Judge