IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE: CASE NO. 14-30031-DHW
CHAPTER 13

STEPHANIE HOUSTON

Debtor(s)

## TRUSTEE'S STATUS REPORT IN SUPPORT
## OF TRUSTEE'S MOTION TO DISMISS

COMES NOW the Trustee, by and through the undersigned counsel, and files the following report with respect to the status of this case in support of the Trustee's Motion to Dismiss:

1. This case was filed on January 06, 2014 and confirmed on March 31, 2014.
2. Debtor's current plan payments are $49.00 weekly, and the overall pay record is 26.08% .
3. No prior motions to dismiss have been filed in this case.
4. No motions for relief have been filed in this case.
5. This is the only Motion to Dismiss filed in the past 12 months.
6. The last payments received by the Trustee from the debtor were received on:

| $49.00 | 03/25/2014 | 0082 | $49.00 | 04/08/2014 | 0098 | $49.00 | 04/11/2014 | 0102 |
| $49.00 | 04/21/2014 | 0107 | $49.00 | 04/25/2014 | 8413 | $147.00 | 12/05/2014 | 4151 |
| ($147.00) | 12/10/2014 | 4151-NSF | | | | | | |

7. The case is feasible.

Respectfully submitted on January 16, 2015.

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: Ch13Trustee@ch13mdal.com

*/s/ Curtis C. Reding*
————————————————
Curtis C. Reding
Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I, Curtis C. Reding, certify that a copy of the foregoing document, has been served on the debtor (s) via United States Mail, postage prepaid, and the Debtor's attorney via CM/ECF on January 16, 2015.

*/s/ Curtis C. Reding*
————————————————
Curtis C. Reding
Chapter 13 Trustee